**Order entered August 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01022-CR

**ZACHARY L. KNIGHTEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. W92-43796-E**

## ORDER

The Court has before it appellant's August 11, 2014 motion for a free copy of the record

to pursue his appeal.  The Court has dismissed the appeal for want of  jurisdiction.  Accordingly,

we **DENY** the motion as moot.

/s/     LANA MYERS
JUSTICE